Dismissed and
Memorandum Opinion filed December 3, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00183-CV

____________

 

JESSE BERNARD JACKSON, Appellant

 

V.

 

SANDRA DAY JACKSON, Appellee

 

 

 



On Appeal from the 312th District Court

Harris County, Texas

Trial Court Cause No. 2008-20100

 

 

 



M E M O R
A N D U M  O P I N I O N

            This is an appeal from a judgment signed January 23, 2009. 
The clerk’s record was filed on August 25, 2009.  No reporter’s record was taken. 
No brief was filed.

            On October 8, 2009, this Court issued an order stating that
unless appellant submitted his brief, together with a motion reasonably
explaining why the brief was late, on or before November 9, 2009, the Court
would dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).








Appellant filed no
response.

            Accordingly, the appeal is ordered dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices Anderson,
Seymore, and Boyce.